June 10th 2021

Complaint: I Ammizabad Johnson #157090 Hu# 3D-14

RECEIVED
JUN 21 2021
BY MAIL

On Jan 1st 2021 I was moved from CJC to (MSI) the workhouse with no property. Today is feb 9th and I still have no property.

Everybody that I know of plus the inmates I came back to CJC with recieved their property even the inmates that ended in Hu 3-D with me recieved their property.

↗ note: On Camera at Apromitly 6:00pm to 7:00pm I am been escorted from 3-D to the ellavator with my personel bucket and property that contain my legal mail and property on Jan 1st 2021. So wasn't nothing damaged at all.

resume I Ammizabad Johnson #157090 begged the captain MR. Williams, plus LT's Mrs. Richardson Ms. Hassel and othe LT's and captains about my property that contain my legal mail for court. I had a court date for Feb 22nd 2021 an it has been a Month and a half since I seen my legal mail or property thats from Jan 1st 2021 to Feb 9th and still counting. My name and number is written on the bucket in Bold Letters all over the bucket in permanet marker.

I also had shower shoes in my bucket so when I got to the MSI I was forced to walk in shower barefooted which the did not clean properly at all the shower was disgusting with that been said it was cruell an unusally punishment and I feel like my personel Rights has been voilated as an Inmate an human. All confidence of my case has absulutely been lost to me

Ammizabad Jadario Johnson

Reason: Im not suppose to be moved without my legal mail in my possession at any cost while my case is still active. Isnt any LT's or captains or correctional officer is suppose to handle my legal mail without my presents or open it without me being present. So there for I feel voilated and Im scared, parnoid, traumatized depressed, Anxiety is up because I dont no if anybody will come after me about my case because the co's can release my paperwork to inmates or other co's my victim could be anyone of these co's family members or close friends. Keep in mind at CJC the co's are regular citizens from Illinois, Saint louis city MO. So I stay with my head on the look out for trouble because anyone could know my case un they shouldnt. So for this been violated my constitution rights I wan to sue for, 250,000 for pain an suffering in the Saint louis city Justice center in the state of Missouri. I shouldnt have to expericnce this but all of feel like my case is in jeopardy and I felt like I couldnt go to trail anymore because this. I have no more confidence in this case because my legal work could be used against me. It shouldnt be any reason my legal work/paper should come up missing it really wasnt damage that should show on camera period. Its Jun 10th 2021 and I still havent recieved my property or legal mail from Jan 1st 2021 when they transferred me to MSI facility. I would like to sue the Saint louis city Just department.

*ammyalad johnson*

June 10th 2021