# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| AMMIZABAD JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-CV-733-NCC |
| PEMISCOT COUNTY JAIL, | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented plaintiff Ammizabad Johnson's complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Additionally, plaintiff has not paid the filing fee or filed an application to proceed in the district court without prepaying fees and costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit an Application to Proceed in District Court Without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will not constitute a strike under 28 U.S.C. § 1915(g).

Dated this 23rd day of June, 2021.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE